UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHERRY LYNN AMANN, )
 )
    Plaintiff, )
 )
vs. ) Case No.: 4:07CV00512FRB
 )
SHEKO TRUCKING, INC., D/B/A )
A & R EXPRESS AND PATRICK )
RENKIEWICZ )
 )
    Defendants. )

## *STIPULATION FOR DISMISSAL*

IT IS HEREBY STIPULATED by and between plaintiff and defendants that all claims and causes of action against all parties shall be dismissed with prejudice at defendants' costs.

*Daniel T. Rabbitt* (signature)
Daniel T. Rabbitt   #18652
Federal Registration No. 4111
RABBITT, PITZER & SNODGRASS, P.C.
Attorney for Defendants.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

*Donald L. Schlapprizzi* (signature)
Donald L. Schlapprizzi
Federal Registration No. 4284
SCHLAPPRIZZI
701 Market Street, Suite 1550
St. Louis, Missouri 63101
(314) 241-0763
(314) 241-0787 (Fax)

00446576.DOC;1